# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JERMAINE MCINTOSH

Plaintiff,

Case No.: 0:26-cv-60370-AHS

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION, LLC; MIDLAND CREDIT MANAGEMENT INC.; CAPITAL ONE FINANCIAL CORPORATION D/B/A CAPITAL ONE; COMENITY CAPITAL BANK; BANK OF AMERICA NA; AND EXETER FINANCE LLC,

Defendants.

---

**DECLARATION OF AMBER FUECHSEL**

---

1. My name is Amber Fuechsel. I am of sound mind and capable of making this declaration. I am over the age of twenty-one (21) years and have never been convicted of a felony or crime involving dishonesty. I am fully competent to testify to the matters herein. I have personal knowledge of the facts stated herein, which are true and correct.

2. I am a Director – Legal Operations for Exeter Finance LLC (“Exeter”). I am fully authorized to make this declaration on behalf of Exeter. I have personal knowledge of the facts set forth in this declaration based upon my employment with Exeter, review of Exeter’s business records, and my familiarity with the business practices, record keeping practices, and servicing practices of Exeter.

3. On March 13, 2018, Jermaine McIntosh ("Plaintiff") executed a Retail Installment Sale Contract (the "Contract") with Coral Springs Honda ("Dealer") for the purchase of a 2015 Nissan Altima, Vehicle Identification No. ***********400147. A true and correct redacted copy of the Contract is attached hereto as **Exhibit A-1**.

4. That same day, Dealer assigned the Contract to Exeter. *See* Ex. A-1. at 5.

5. Exeter subsequently sold the Contract to NCB Management Services on or about March 23, 2023.

6. The exhibits attached hereto are either records kept by Exeter in the regular course of business and were made at or near the time of the acts, events, conditions and/or opinions recorded therein by an employee or representative of Exeter with knowledge of those matters or records received from third parties that have been incorporated into and are now part of the business records of Exeter with respect to Plaintiff's account with Exeter. It is the regular business practice of Exeter for an employee or representative with knowledge of the acts, events, conditions and/or opinions recorded in these records to record or transmit the information included in the records and/or retrieve and incorporate them as business records related to Plaintiff's account with Exeter. The exhibits attached hereto are the originals or exact duplicates of the originals, with the exception that the exhibits have been redacted to exclude portions of the account number and/or other sensitive personal identifying information for purposes of confidentiality.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, Texas, on the 5th day of March, 2026.

DocuSigned by:
Amber Fuechsel
241AC2DBB359405...

By:______________________________
Amber Fuechsel