**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:26-cv-60370-DMM**

**JERMAINE MCINTOSH,**

Plaintiff,

v.

**TRANS UNION LLC,**
*ET AL.,*

**Defendants.**
_______________________________________/

**JOINT STIPULATION OF DISMISSAL REGARDING**
**TRANS UNION LLC, ONLY**

Plaintiff Jermaine McIntosh ("Plaintiff") and Defendants Experian Information Solutions Inc, Equifax Information Services LLC, Trans Union LLC, Midland Credit Management Inc, Capital One Financial Corporation d/b/a Capital One, Comenity Capital Bank, Bank of America NA, and Exeter Finance LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), submit this Joint Stipulation of Dismissal *with* Prejudice with respect to only the claims between Plaintiff and Trans Union LLC. Plaintiff and Trans Union LLC shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED: July 8, 2026

Respectfully Submitted,

/s/ Talal Rashid
**Talal Rashid, ESQ.**
Florida Bar No. 1010307
E-mail:Talal@pzlg.legal
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Phone: 305-332-6201

*COUNSEL FOR PLAINTIFF*

/s/ Jonathan Blackmore
**JONATHAN BLACKMORE, ESQ.**
Florida Bar No. 67902
E-mail: jblackmore@hinshawlaw.com
Hinshaw & Culbertson LLP
2811 Ponce De Leon Blvd Ste 1000
Coral Gables, FL 33134
Phone: 305-938-8510

*COUNSEL FOR EXETER FINANCE LLC*

/s/ *Maria H. Ruiz*
**MARIA H. RUIZ, ESQ.**
Florida Bar No. 182923
E-mail: mruiz@kasowitz.com
KASOWITZ LLP
201 S. Biscayne Blvd., Suite 2550
Miami, FL 33131
Phone: 786-587-1044

*COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC.*

/s/ *Jason Daniel Joffe*
**JASON DANIEL JOFFE, ESQ.**
Florida Bar No. 13564
E-mail: Jason.Joffe@squirepb.com
SQUIRE PATTON BOGGS LLP
200 S Biscayne Boulevard, 40th Floor
Miami, Florida 33131
Phone: (305) 577-7000

*COUNSEL FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC*

*/s/ Philip E. Rothschild*
**CORY WILLIAM EICHHORN, ESQ.**
Florida Bar No. 576761
E-mail: Cory.Eichhorn@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue Suite 3300
Miami, Florida 33131
Phone: 305-374-8500

**PHILIP E. ROTHSCHILD, ESQ.**
Florida Bar No. 88536
Phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Boulevard, 12th Floor
Fort Lauderdale, FL 33302-4070
Tel: (954) 525-1000

*COUNSEL FOR MIDLAND CREDIT MANAGEMENT, INC.*

/s/ *Rachel Cash*
**Rachel Cash, ESQ.**
Florida Bar No. 114052
E-mail: rcash@burr.com
BURR & FORMAN LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 251-3000

*COUNSEL FOR DEFENDANT CAPITAL ONE FINANCIAL CORPORATION d/b/a CAPITAL ONE*

/s/ *Sara L. Solano*
**SARA L. SOLANO, ESQ.**
Florida Bar No. 117966
E-mail: Ssolano@burr.com
BURR & FORMAN LLP
200 E. Broward Boulevard Suite 1020
Fort Lauderdale, Florida 33301
Phone: 954-414-6200

COUNSEL FOR DEFENDANT COMENITY CAPITAL BANK

/s/ *Jason Bowyer*
**JASON BOWYER, ESQ.**
Florida Bar No. 0693731
E-mail: jbowyer@mcguirewoods.com
MCGUIREWOODS LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Phone: (904) 798-3200

*COUNSEL FOR DEFENDANT BANK OF AMERICA NA*

/s/ Taylor Mae Ribaudo
**TAYLOR MAE RIBAUDO, ESQ.**
Florida Bar No. 1026118
E-mail: taylor.ribaudo@qslwm.com
QUILLING SELANDER LOWNDS WINSLETT MOSER
5801 Tennyson Parkway, Suite 440
Plano, TX 75024
Phone: 214-560-5444

*COUNSEL FOR DEFENDANT TRANS UNION LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 8, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Talal Rashid
**TALAL RASHID, ESQ.**
Florida Bar No. 1010307